JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA *ex rel.* STATE OF CALIFORNIA, *ex rel.* STANLEY D. MOSLER,

          Plaintiffs,

      v.

CITY OF LOS ANGELES, et al.,

          Defendants.

NO. CV 02-02278 SJO (RZx)

**JUDGMENT**

    This matter came before the Court on Defendants City of Los Angeles, City of Los Angeles Harbor Department, Port of Los Angeles, and Los Angeles Board of Harbor Commissioners (collectively, "City Defendants"), Maersk Inc. and Maersk Pacific Limited, n/k/a APM Terminals Pacific Ltd. (collectively, "Maersk"), and Larry A. Keller 's (collectively, "Defendants") Motion for Summary Judgment on Jurisdictional and Immunity Grounds, and Maersk's Motion for Reconsideration.  After full consideration of all admissible evidence and documents submitted, the Court found that it lacks subject matter jurisdiction over Mosler's claims because there was a public disclosure of the allegations on which Mosler's Complaint was based, and that the City Defendants and Keller were immune from suit.  Accordingly, the Court granted Defendants' Motion for Summary Judgment as to the City Defendants and Keller, and granted Maersk's Motion for Reconsideration.

1        IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment be entered in favor

2  of Defendants.  The parties shall bear their own costs.

3        IT IS SO ADJUDGED.

4  Dated this 5th day of June, 2009.

5                                 _S. James Otero_

6                                 S. JAMES OTERO
                        UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28